In the Matter of FLORA M. BONNEY et al., as Executrices of JAMES A. MACDONALD, Deceased, Appellants, against THOMAS M. LYNCH et al., Constituting the State Tax Commission, Respondents.

(Argued February 25, 1935; decided March 12, 1935.)

*Russell L. Bradford* and *George H. Craven* for appellants.
*John J. Bennett, Jr., Attorney-General* (*Joseph M. Mesnig* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.